IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


DERRICK LEE BILLUPS,

          Plaintiff,                  CV F 06 1014 AWI WMW PC

     vs.                            FINDINGS AND RECOMMENDATION

_____

SGT. LOMELI, et al.,

          Defendants.


Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

By order filed January 9, 2008, the court issued an order dismissing the operative complaint for failure to state a claim and directing Plaintiff to file an amended complaint within thirty days.  Plaintiff filed his first amended complaint on January 30, 2008.  By separate order, the court found that the first amended complaint states a claim as to Defendant Lomeli.

As to Defendant Chavez, Plaintiff sets forth a claim of retaliation.  Specifically, Plaintiff alleges that Defendant Chavez's name "has been signed on previous CDC 602 appeals and documents with dealt with plaintiff being harassed by staff and safety concerns."  Plaintiff allege that his typewrite was confiscated.

"Within the prison context, a viable claim of First Amendment retaliation entails five

1  basic elements:  (1) An assertion that a state actor took some adverse action against an inmate (2)

2  because of (3) that prisoner's protected conduct, and that such action (4) chilled the inmate's

3  exercise of his first amendment rights, and  (5) the action did not reasonably advance a legitimate

4  correctional goal." Rhodes v. Robinson, 408 F.3d 559, 567 (9th Cir. 2005). See also Sorrano's

5  Gasco, Inc. v. Morgan, 874 F.2d 1310, 1314 (9th Cir. 1989)(explaining that a plaintiff must plead

6  facts which suggest "that the protected conduct was a 'substantial' or 'motivating' factor in the

7  defendant's decision") (citation ommitted).

8          Plaintiff does not allege any facts indicating that any conduct of Defendant Chavez's

9  actually chilled his first amendment rights.  That Defendant Chavez's name is on inmate

10  grievances filed by Plaintiff does not subject Chavez to liability.  Further, Plaintiff does not

11  allege that Chavez confiscated Plaintiff's typewriter, nor does Plaintiff allege any facts indicating

12  that such a deprivation actually chilled his first amendment rights.

13          In the January 9, 2008, order the court informed Plaintiff of the deficiencies in his

14  complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

15  upon which relief could be granted.  Because Plaintiff has failed to allege facts that state a claim

16  for retaliation, Defendant Chavez should be dismissed.  See Noll v. Carlson, 809 F. 2d 1446,

17  1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend

18  prior to dismissing for failure to state a claim).

19          Accordingly, IT IS HEREBY RECOMMENDED that Defendant Chavez be

20  dismissed.

21          These findings and recommendations are submitted to the United States District Judge

22  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

23  twenty days after being served with these findings and recommendations, plaintiff may file

24  written objections with the court.  Such a document should be captioned "Objections to

25  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

26

1  objections within the specified time waives all objections to the judge's findings of fact.  See

2  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the

3  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4  F.2d 1153 (9th Cir. 1991).

5

6  IT IS SO ORDERED.

7  **Dated:    June 25, 2008**                          **/s/  William M. Wunderlich**

8                                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26