IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LEE BILLUPS,

       Plaintiff,                          CV F 06 1014 AWI WMW   PC

  vs.                                         ORDER FINDING COMPLAINT
                                            STATES A COLORABLE CLAIM
                                            AND DIRECTING PLAINTIFF
                                            TO COMPLETE USM 285 FORMS

SERGEANT LOMELI, et al.,

       Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendant Lomeli for failing to protect him, in violation of the Eighth Amendment.  Accordingly, it is HEREBY ORDERED that:

      1.     Service is appropriate for the following defendants:

            SERGEANT LOMELI

      2.     The Clerk of the Court shall send to plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the

1  first amended complaint filed January 30, 2008.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two copies of the endorsed first amended complaint filed January 30, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **June 25, 2008**          /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE