IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK LEE BILLUPS,

    Plaintiff,                      1: 06 CV 1014 AWI  WMW PC

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#12)

SERGEANT LOMELI, et al.,

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On June 26, 2008, findings and recommendations were entered, recommending dismissal of Defendant Chavez. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 26, 2008, are adopted in full; and

2. Defendant Chavez is dismissed.

IT IS SO ORDERED.

**Dated:** __August 2, 2008__                    _____/s/ Anthony W. Ishii_____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE