**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Derrick Lee Billups,  )  | CV-06-1014-DCB P |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Sergeant Lomeli, et al., ) | |
| Defendants. ) | |

On March 20, 2009, Plaintiff filed Objections. Plaintiff is laboring under the misconception that a Magistrate Judge filed a Report and Recommendation, when in fact a District Court Judge granted Defendants' Motion to Dismiss, dismissed Plaintiff's action without prejudice, and terminated the action. A Final Judgment entered separately.

The Court will treat Plaintiff's Objections as a Motion to Reconsider. After a review of the Plaintiff's contentions,

**IT IS ORDERED** that Defendants are required to file a response to Plaintiff's Motion to Reconsider (Objections)(Doc. No. 29) with the Court on or before May 1, 2009.

DATED this 26th day of March, 2009.

David C. Bury
United States District Judge