**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Derrick Lee Billups, | ) |
| | ) CV-06-1014-DCB P |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| Sergeant Lomeli, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

On March 6, 2009, Defendants' motion to dismiss was granted and the action was closed by Clerk's Judgment. On March 20, 2009, Plaintiff filed Objections, which were treated by the Court as a Motion to Reconsider. The Court ordered Defendants to file a response and they did so on May 1, 2009. In that response, the Defendants admit that the motion to dismiss for failure to exhaust administrative remedies was filed in error[1] and that in turn the Court's Order granting the motion to dismiss and closing the action was in error. Defendants do not oppose the motion to reconsider and ask the Court to vacate the order dismissing the action.

Accordingly,

---

[1] The error was based on a convoluted administrative record, resulting in the inadvertent misinterpretation of what actually occurred during the administrative exhaustion process.

1

1 | **IT IS ORDERED** that Plaintiff's Motion to Reconsider (Objections) (Doc. No. 29) is **GRANTED** and the Court's order (Doc. No. 26) and judgment (Doc. No. 27) dismissing this action are **VACATED**.

**IT IS FURTHER ORDERED** that Defendants should file an answer or otherwise plead on or before **July 1, 2009.**

DATED this 4th day of May, 2009.

David C. Bury
United States District Judge