**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Derrick Lee Billups,<br>   Plaintiff,<br>vs.<br>Sergeant Lomeli, et al.,<br>   Defendants. | CV-06-1014-DCB P<br><br>**ORDER** |

On March 26, 2009, Plaintiff filed a Motion for Miscellaneous Relief.

IT IS ORDERED that the Motion for Miscellaneous Relief (Doc. No. 30) is DENIED as moot based on the Court's Order entered May 6, 2009.

DATED this 29th day of May, 2009.

David C. Bury
United States District Judge

1