1
2
3
4                **UNITED STATES DISTRICT COURT**

5                **EASTERN DISTRICT OF CALIFORNIA**

6

7  Derrick Lee Billups,                    )
                                            )  CV-06-1014-DCB P
8        Plaintiff,                         )
                                            )
9  vs.                                      )
                                            )   **ORDER**
10 Sergeant Lomeli,                         )
                                            )
11       Defendants.                        )
   _____        )

12

13       Plaintiff filed Motions to Reconsider and Object directed to the Court's Order resolving

14 the motion for summary judgment in Defendants' favor and dismissing the action.  Upon review,

15       IT IS ORDERED that the pending motions (Docs. 74, 75) are DENIED as lacking in

16 merit and absent any new information not previously considered by the Court.

17       DATED this 16th day of December, 2010.

18

19

20                                          David C. Bury

21                                  United States District Judge

22

23

24

25

26

27

28

                                          1