# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BILLUPS, | CASE NO. CV F 06-1014-LJO PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 28, 2012 |
| v. | |
| LOMELI, | |
| Defendant. | |

Plaintiff Derrick Billups, CDC # J-25365, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, August 28, 2012, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:   August 27, 2012**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1