# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BILLUPS,<br><br>          Plaintiff,<br><br>   v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 06-1014-LJO-PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **DERRICK BILLUPS, CDC #J-25365,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on August 28, 2012.  Plaintiff **Derrick Billups, CDC # J-25365**, is no longer needed by the Court as a witness in these proceedings.  Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:   August 29, 2012**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE