# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BILLUPS,<br><br>              Plaintiff,<br><br>      v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>              Defendants. | CASE NO. CV F 06-1014-LJO-PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **DERRICK BILLUPS, CDC #J-25365,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on August 28, 2012. Plaintiff **Derrick Billups, CDC # J-25365**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:   August 29, 2012**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1